JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVONTE TOLFREE, | ) | Case No. CV 10-7887-DDP (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M.D. McDONALD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _July 30, 2012__

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE